# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK F. DEMERY,<br><br>             Plaintiff,<br><br>     v.<br><br>A. ENENMOH, et al.,<br><br>             Defendants.<br>                                                          / | CASE NO. 1:10-cv-00880-LJO-SKO PC<br><br>ORDER STRIKING OBJECTION SIGNED BY THIRD PARTY<br><br>(Doc. 18) |

Plaintiff Patrick F. Demery, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on May 17, 2010. On April 20, 2012, the Court issued a Findings and Recommendations recommending dismissal of the action for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A. Plaintiff was given thirty days to object. On May 29, 2012, an Objection was signed and filed on Plaintiff's behalf by C. A. Rogers.

Filings may not be signed and submitted on behalf of Plaintiff by another individual. Fed. R. Civ. P. 11(a). Plaintiff is proceeding pro se and he is required to sign all filings. Id.

Accordingly, the Objection is HEREBY STRICKEN from the record. Plaintiff has **fifteen (15) days** from the date of service of this order to file a signed Objection.

IT IS SO ORDERED.

Dated:     June 6, 2012                             /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

1