# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK F. DEMERY,<br><br>        Plaintiff,<br><br>    v.<br><br>A. ENENMOH, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00880-LJO-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Docs. 15 and 17)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

      Plaintiff Patrick F. Demery, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on May 17, 2010. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 20, 2012, the Magistrate Judge screened Plaintiff's Second Amended Complaint and issued a Findings and Recommendations recommending dismissal of the action for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A. Plaintiff filed a timely Objection on June 13, 2012.

      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on April 20, 2012, in full;
2. This action is dismissed, with prejudice, for failure to state a claim under section 1983;
3. The Clerk of the Court shall enter judgment against Plaintiff and close this action; and
4. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). *Silva v. Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

**Dated:    June 14, 2012**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

2